UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
Panama City DIVISION

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983**

RECEIVED
07 JUN 11 AM 10:03

Thomas W. Jones,
_______________.
(Enter full name of Plaintiff(s))

vs.

CASE NO: 5:07cv139-RH/AK
(To be assigned by Clerk)

Lowes Home Center,
11750 PCB PKWY,
Panama City Beach Fl. 32408
_______________,
_______________.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
2007 JUN 11 AM 10:10
KB
FILED

**I. PLAINTIFF:**

State your full name and full mailing address in the lines below.

Name of Plaintiff: Thomas Jones

Mailing address: P.O. Box 360
Hurst, TX 76053

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Terri Godwin
Official position: Human Resources Manager
Employed at: Lowes Home Center
Mailing address: 11750 PCB Pkwy
Panama City Beach Fl. 32408

(2) Defendant's name: Mike Sullivan
Official position: General Manager
Employed at: Lowes Home Center
Mailing address: 11750 PCB Pkwy
Panama City Beach Fl. 32408

(3) Defendant's name: Glenn Simpson
Official position: District Manager
Employed at: 11750 PCB Pkwy
Mailing address: Panama City Beach, Fl. 32408
(Lowes Home Center)

(4) Defendant's name: Cathy Seiford
Official position: Human Resources Dist. Manager
Employed at: Lowes Home Center
Mailing address: 11750 PCB Pkwy
Panama City Beach Fl 32408

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I TERRI GODWIN - Human Resource Manager
Ms Godwin made the initial False Allegation - She reported that I had said nothing inappropriate to Ryan, A White Female Associate - However, I discovered that She and Ryan were having a intimate Relationship (her love interest)

II Mike Sullivan Store Manager - He Refused to hear my Statements to help my name, instead he decided to terminate me for theft of Company's time - To cover over my discovery of the Truth about Terri Godwin and Ryan

III Glenn Simpson and Cathy Seifried Both of them Refused to address my issues at hand. Every attempts to clear my name to them fall on deaf ~~hear~~ ears - They refuse to even to listen to me at all

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1) Please refer to Exhibit I and Exhibit II
It is My Constitutional Right to Clear my
name and person of all false allegations
and Slanderous Statement levied against
me. and to have the Managers of this
Store location terminate me rather
than looking into the documentated ~~Statement~~
evidence I discovered, They cut their
wages and simply fired me.
Refer to all attached Exhibits III, IV, V, VI
~~VII~~

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

(1) Lost of wages and ~~Com~~ Commission
(2) Possible Lost of promotions
(3) Punitive damages
(4) My Personnell file Cleared from these false allegations
(5) To Regain my position as Team leader
(6) Freeze All Personal Assets of Defendants

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

6/5/07
(Date)

Thomas Jones
(Signature of Plaintiff)

Revised 07/02

Thomas Jones
P.O. Box 360
Hurst, Tx 76053

U.S. POSTAGE
PAID
HURST, TX
76053
JUN 06 '07
AMOUNT
$5.25
00014533-0

UNITED STATES POSTAL SERVICE
0000
32401

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com
Label 107R, February 2006

United States Court
30 W. Government St
Panama City, Fla
32401-2750

United States Postal Service®
**DELIVERY CONFIRMATION™**
0307 0020 0005 6364 4776