IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS W. JONES,

    Plaintiff,

v.                                          CASE NO. 5:07cv139-RH/AK

TERRI GODWIN, et al.,

    Defendants.

_____/

## **ORDER OF DISMISSAL**

This matter is before the court on the magistrate judge's report and recommendation (document 15), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is DISMISSED for failure to abide by an order of the court, and failure to prosecute. The clerk must enter judgment and close the file.

    SO ORDERED on October 3, 2008.

                                               s/Robert L. Hinkle
                                               Chief United States District Judge